ACCEPTED
01-15-00427,208
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/19/2015 4:20:24 PM
CHRISTOPHER PRINE
CLERK

NO. 427,208

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 4:20:24 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON, PETERSON, Individually, Next Friend of RUBY PETERSON, DON LESLIE PETERSON, Individually and as Next Friend, of RUBY PETERSON, and LONNY PETERSON, Individually and Next Friend of RUBY S. PETERSON, | § § § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| V. | § § | HARRIS COUNTY, TEXAS |
| CAROL ANNE MANLEY, DAVID PETERSON, SILVERADO SENIOR LIVING, INC., d/b/a Silverado Senior Living – Sugar Land, | § § § § § | |
| Defendants. | § | 129TH JUDICIAL DISTRICT |

NOTICE OF APPEAL

TO THE HONORABLE JUDGE PRESIDING AND TO THE JUSTICES OF THE FIRST AND FOURTEENTH JUDICIAL DISTRICT COURTS OF APPEALS:

NOW COME, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, and LONNY PETERSON ("Plaintiffs"), by and through undersigned counsel, and file their Notice of Appeal pursuant to TRAP Rule 25.1, and would show the Court as follows:

1

MACKEY GLEN PETERSON; TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, and LONNY PETERSON desire to Appeal from the following Orders:

A    Order granting Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's Rule 91a motion to dismiss;

B    Order denying motion to reconsider 91a motion to dismiss and motion for sanctions, signed on January 9, 2015;

C    Order granting application for attorney's fees pursuant to Rule 91a Order entered on November 10, 2014, signed on January 9, 2015;

D    Order granting Silverado's first amended plea to the jurisdiction, signed on January 9, 2015;

E    Order granting Silverado's 91a motion to dismiss Plaintiffs' breach of trust and/or breach of fiduciary duty, signed on January 9, 2015;

in Cause No. 427,208 and/or No. 427,208-401 styled MACKEY GLEN PETERSON; TONYA PETERSON, Individually and as Next Friend of RUBY PETERSON; DON LESLIE PETERSON; CAROL PETERSON, Individually and as Next Friend of RUBY PETERSON; and LONNY PETERSON v. CAROL ANNE MANLEY, DAVID PETERSON, SILVERADO SENIOR LIVING, INC., d/b/a Silverado

Senior Living – Sugar Land, pending in Probate Court No. One, Harris County, Texas.

The dates of the Orders appealed from are November 10, 2014 and January 9, 2015.

MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, and LONNY PETERSON desire to appeal.

MACKEY GLEN PETERSON TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, and LONNY PETERSON desire to appeal to the First or Fourteenth Court of Appeals, Houston, Texas.

MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, and LONNY PETERSON are the parties filing this appeal.

This Notice of Appeal is being served on all parties to the court's Orders.

WHEREFORE, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, and LONNY PETERSON hereby file this notice of appeal. They also claim such further relief to which they may be justly entitled.

Respectfully submitted,

Philip M. Ross
SBN 17304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

By:   /s/ Philip M. Ross
 Philip M. Ross
 Attorney for MACKEY GLEN
PETERSON, TONYA PETERSON,
DON LESLIE PETERSON, CAROL
PETERSON, and LONNY PETERSON

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was e-filed and sent by email or electronic delivery by agreement to:

Josh Davis
Lewis Brisbois Bisgaard & Smith, LLP
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, TX 77046

on February 9, 2015.

/s/  Philip M. Ross
Philip M. Ross